UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RHONDA WARE, | Case No. 3:12-cv-164 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Michael J. Newman |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**ORDER GRANTING JOINT MOTION FOR REMAND (Doc. 11)**

This case is before the Court on the parties' Joint Motion for Remand pursuant to the fourth sentence of 42 U.S.C. § 405(g). Based on the consent of both parties, the Joint Motion for Remand (Doc. 11) is **GRANTED** and this case is hereby **REMANDED** to the Commissioner for further proceedings.

As agreed to by the parties in the Joint Motion, upon remand, the ALJ will reevaluate the evidence and all opinions in the record, including the testimony of the medical expert at the hearing on December 21, 2010. The Appeals Council will vacate the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

This case is **CLOSED** and the Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

Date: 1/16/13

Timothy S. Black
United States District Judge