UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**RHONDA WARE,**                                         CASE NO.   **3:12-cv-164**

   Plaintiff,                                                **Judge Timothy S. Black**
                                                         **Magistrate Judge Michael J. Newman**
**-vs-**

**COMMISSIONER OF SOCIAL
SECURITY,**

   Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Joint Motion for Remand (Doc. 11) is **GRANTED**; and that the case is **CLOSED** from the docket of the Court.

Date: January 16, 2013                                   **JOHN P. HEHMAN, CLERK**

                                                         By: *s/ M. Rogers*
                                                         Deputy Clerk